## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05162

Sheriff's Sale Date: _____

V.

HOWARD C. WILLIAMS; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served HOWARD C. WILLIAMS the above process on the 18 day of December, 2016, at 6:01 o'clock, PM, at 8428 Provident Rd Philadelphia, PA 19150 1614, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: CAROL WILLIAMS
Relationship/Title/Position: MOTHER
Remarks: _____
Description: Approximate Age 51-55  Height 5'6  Weight 160  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: [X] No  [ ] Yes  Branch: _____

Commonwealth/State of Pa        )
                                ) SS:
County of Berks                 )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksser__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158060
Case ID #: 4764829

Subscribed and sworn to before me
this 22 day of Dec, 2016

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017